FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 27  PM 1:17

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**INDICTMENT FOR VIOLATIONS OF THE
FEDERAL CONTROLLED SUBSTANCES ACT**

# FELONY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. |
| v. | * | SECTION: **07-358** |
| BYRON SEYMORE<br>    aka "Spook" | | **SECT. L  MAG. 1** |
| SWAN JONES | * | VIOLATION:  21 U.S.C. § 841 |
| CARL LEE TURNER, JR. | | 21 U.S.C. § 846 |
| * | * | * |

The Grand Jury charges that:

## COUNT 1

Beginning at a time unknown but prior to August 27, 2007 and continuing until on or about August 28, 2007, in the Eastern District of Louisiana, and elsewhere, the defendants, **BYRON SEYMORE aka "Spook," SWAN JONES,** and **CARL LEE TURNER, JR.**, did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to distribute and possess

___ Fee _USA_
_✓_ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

with the intent to distribute 50 grams or more of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about August 28, 2007, in the Eastern District of Louisiana, defendants **BYRON SEYMORE aka "Spook," SWAN JONES, and CARL LEE TURNER, JR.,** did knowingly and intentionally possess with the intent to distribute 50 grams or more of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 3

On or about August 27, 2007, in the Eastern District of Louisiana, defendant **BYRON SEYMORE aka "Spook,"** did knowingly and intentionally distribute a quantity of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## NOTICE OF FORFEITURE

The allegations of Counts 1 through 3 of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

As a result of the offenses alleged in Counts 1 through 3, defendants **BYRON SEYMORE aka "Spook," SWAN JONES,** and **CARL LEE TURNER, JR.,** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 through 3 of this Indictment.

If any of the property subject to forfeiture pursuant to paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third person;
3. has been placed beyond the jurisdiction of the Court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

_____
JIM LETTEN #8517
UNITED STATES ATTORNEY

_____
JAN MASELLI MANN #9020
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
SIVASHREE SUNDARAM (IL # 6287508)
ASSISTANT UNITED STATES ATTORNEY

New Orleans, Louisiana
September 27, 2007

No. _____

FORM OBD-34

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

BYRON SEYMORE aka "Spook," SWAN JONES, and CARL LEE TURNER, JR.

## INDICTMENT

INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT

VIOLATIONS: 21 U.S.C. § 841
21 U.S.C. § 846

A true bill.

_____
Foreperson

Filed in open court this _____ day of _____, A.D. 2007.

_____
Clerk

Bail, $ _____

SIV ASHREE SUNDARAM
Assistant United States Attorney