PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ INFORMATION  ☑ INDICTMENT

**Matter Sealed:** ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☑ Indictment  ☐ Charges/Counts Added
☐ Information

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA — EASTERN Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** Sivashree Sundaram
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

**Name of Asst. U.S. Attorney (if assigned):** Sivashree Sundaram

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

**Place of offense:** Orleans Parish  County

---

**CASE NO.** 07-358  SECT. L  MAG. 1

**USA vs.**
**Defendant:** BYRON SEYMORE

**Address:** 43182 Calvary Street
Hammond, Louisiana

☐ Interpreter Required  **Dialect:** _____

**Birth Date:** 1974
☑ Male  ☐ Female
☐ Alien (if applicable)

**Social Security Number:** xxx-xx-2962

### DEFENDANT

**Issue:** ☑ Warrant  ☐ Summons

**Location Status:**
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☑ Currently in State Custody
  ☑ Writ Required
☐ Currently on bond
☐ Fugitive

**Defense Counsel (if any):** _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

**Total # of Counts** 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
|  | 21 U.S.C. § 841(a)(1) and 841(b)(1)(A) | Possession with intent to distribute | 1 |
|  | 21 U.S.C. § 841(a)(1) and 841(b)(1)(A) | Possession with intent to distribute | 1 |
|  | 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) | Distribution | 1 |