MINUTE ENTRY
FALLON, J.
JANUARY 16, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO.  07-358

BYRON SEYMORE                               SECTION:  L

BEFORE JUDGE ELDON E. FALLON
Case Manager:  Gaylyn Lambert
Court Reporter: Karen Ibos

Appearances:   AUSA Sivashree Sundaram for government
               Robert Early, Sr., Esq. for defendant
               Probation Officer

---

REARRAIGNMENT AS TO COUNTS 1 & 2 OF THE INDICTMENT:

Defendant is present to withdraw former plea of not guilty and
enter a plea of guilty.
Reading of the Indictment is waived.
The defendant is sworn and questioned by the Court.
The defendant is read a summary of the charges and is informed of
the maximum penalties.
The defendant enters a guilty plea.
The terms of a plea agreement are disclosed to the Court and a
letter of same is filed into the record.
The signed factual basis is filed into the record.
The defendant is adjudged guilty on the plea.
The Court orders a Pre-Sentence Investigation Report.
Sentencing is set for Wednesday, April 23, 2008, at 2:00 pm.
Defendant is remanded to the custody of the U.S. Marshal.

JS-10:    :12