U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  1-16-08
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 07-358 |
| v. | * | SECTION: L |
| BYRON SEYMORE aka Spook | * | VIOLATION: 21 U.S.C. § 841(a) |
| | * * * | |

## FACTUAL BASIS

Should this matter proceed to trial, the United States will prove beyond a reasonable doubt, through credible testimony of special agents of the Drug Enforcement Administration ("DEA"), state and local law enforcement agencies, and the production of reliable evidence, the following facts:

On August 27, 2007, a reliable confidential source (CS) made a recorded phone call to **BYRON SEYMORE (SEYMORE), aka Spook,** during which the CS ordered $40 worth of crack. **SEYMORE** told the CS to come to his house, located at 43182 Calvary Street. Under law enforcement supervision, the CS was given serialized bills (BH84107017A & GE36892950A) and equipped with a recording device. The CS went out to the house, conducted the drug transaction, and observed additional crack and weighing scales inside the house.

DEA Agents obtained a state search warrant for the house at 43182 Calvary Street and executed the search warrant early in the morning of August 28, 2007. Agents entered and saw

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___

SEYMORE, Swan Jones (Jones), and Carl Lee Turner Jr. (Turner) standing near the kitchen sink, and were immediately detained. Agents also detained others, and Miranda warnings were provided to all.

SEYMORE and Jones were in the process of converting powder cocaine to crack cocaine when the search warrant had been executed. In the execution of the search warrant, law enforcement found several items, including, but not limited to: crack cocaine and $512 in SEYMORE's pocket ($40 of which were the serialized bills from the earlier buy); crack cocaine, marijuana, and money in Jones' pocket; money in Turner's pocket; over $3000 in cash throughout the house; several bags of marijuana; a digital scale, Pyrex measuring cup, baking soda, microwave, metal pot with boiling water, and other similar drug paraphernalia with cocaine residue used to convert powder cocaine into crack cocaine; and over 50 grams of crack cocaine. SEYMORE intended to distribute the over 50 grams of crack cocaine found in the house. The cocaine was sent to a DEA laboratory and tested positive for crack, resulting in a net weight of 69.3 grams of crack cocaine, for which SEYMORE is held responsible.

READ AND APPROVED:

_____  
SIVASHREE SUNDARAM  
Assistant United States Attorney

1/16/08  
DATE

_____  
ROBERT EARLY  
Counsel for Defendant Byron Seymore

12/08/07  
DATE

_____  
BYRON SEYMORE  
Defendant

_____  
DATE

2