MINUTE ENTRY
FALLON, J.
MAY 21, 2008

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA                    CRIMINAL ACTION


VERSUS                                      NO.  07-358


BYRON SEYMORE                               SECTION:  L
```

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Karen Ibos

Appearances: AUSA Tracey Knight for government
             Robert Early, Sr., Esq. for defendant

---

SENTENCING AS TO COUNTS 1 & 2 OF THE INDICTMENT:

Defendant is present.

No objections to the PSI by either side.

SENTENCE:  See Judgment in a Criminal Case.

Defendant is remanded to the custody of the U.S. Marshal.

```
JS-10:  :07
```