UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 07-358 |
| v. | * | SECTION: "L" |
| BYRON SEYMORE | * | |
| * * * | | |

## RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who respectfully represents as follows:

I.

On May 21, 2008, the defendant, Byron Seymore, appeared before this Honorable Court and was sentenced after having been found guilty to a two-count indictment charging him with Conspiracy to Possess with Intent to Distribute 50 grams or more of Cocaine, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 851(1) and Possession with Intent to Distribute 50 grams or more of Cocaine Base, 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 851 (a). *See* Rec. Doc. 114. Seymore was sentenced to serve 240 months in the custody of the Bureau of Prisons, as to each of Counts 1 and 2, to be served concurrently with each other and concurrently with the parole revocation sentence received in case no. 97420"0', in the 21st Judicial District Court for Tangipahoa Parish, State of Louisiana. Followed by a ten-year term of supervised release, as to each of Counts 1 and 2, to be served concurrently.

On March 27, 2019, his conditions of supervised release were modified pursuant to section 404 of the First Step Act of 2018, Your Honor ordered the 240-month sentence as to Counts 1 and 2 to be reduced to 120 months, and the ten-year term of supervised release as to all counts to be reduced to eight years.

II.

On March 22, 2024, Seymore violated the terms and conditions of his supervised release. Seymore was arrested by the Tangipahoa Parish Sheriff's Office with Possession with Intent to Distribute a Controlled and Dangerous Substance-Schedule I, Possession with Intent to Distribute a Controlled and Dangerous Substance-Schedule 11, Manufacturing of a Schedule I, Possession of Drug Paraphernalia, Possession of a Controlled and Dangerous Substance while in the Possession of a Firearm, and Possession of a Firearm by a Convicted Felon.

**WHEREFORE**, the United States of America prays that the defendant, Byron Seymore, be brought before this Honorable Court and a copy of this Rule be served upon him, and that he be ordered to show cause why his supervised release should not be revoked for violation of the terms and conditions of the supervised release.

New Orleans, Louisiana, this 28th day of May, 2024.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*/s/ Lauren Sarver*
LAUREN SARVER
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3007
Email: Lauren.Sarver@usdoj.gov