UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 07-358 |
| v. | * | SECTION: "L" |
| BYRON SEYMORE | * | |

\* \* \*

**O R D E R**

Considering the foregoing Rule to Revoke Supervised Release,

**IT IS HEREBY ORDERED** that Byron Seymore appear before this Court on the 11th day of July, 2024, at 2:00p.m. to show cause why supervised release should not be revoked.

New Orleans, Louisiana, this 29th day of May, 2024.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE