AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | (For **Revocation** of Supervised Release) |
| | ) | |
| BYRON SEYMORE | ) | Case No.   053L 2:07CR00358-001 "L" |
| | ) | USM No.   30368-034 |
| | ) | Aidan Shah, Esq. |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation of condition(s)   Mandatory and Standard Conditions   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | The defendant was arrested by Tangipahoa Parish Sheriff's Office. | 10/15/2020 |
| Standard Condition | The defendant's urine sample tested positive for cocaine and fentanyl. | 7/10/2023 |
| Mandatory Condition | The defendant was arrested by Louisiana State Police, Troop L. | 12/24/2023 |
| Mandatory Condition | The defendant was criminally charged by St. Tammany Parish Sheriff's Office. | 3/21/2024 |
| Mandatory Condition | The defendant was arrested and criminally charged by Tangipahoa Parish Sheriff's Office | 3/22/2024 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   2962

Defendant's Year of Birth:   1974

City and State of Defendant's Residence:
Mandeville, LA

May 8, 2025
Date of Imposition of Judgment

Signature of Judge

Eldon E. Fallon, United States District Judge
Name and Title of Judge

May 12, 2025
Date

Court Reporter: Sammantha Morgan
AUSA: Lauren Sarver
USP: Kyle LaNasa

Judgment — Page 2 of 2

DEFENDANT: BYRON SEYMORE
CASE NUMBER: 053L 2:07CR00358-001 "L"

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **50 MONTHS**

**This term consists of 50 months as to each of Counts 1 and 2 to be served concurrently. This sentence will run consecutive to any sentence imposed in St. Tammany Parish Criminal Court case numbers 0965-M-2024 and 3363-F-2024.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL